UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM FISCHER, | ) | 1:06-cv-01087-LJO-GSA |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| FRESNO CO SHERIFF DEPT. et. al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on August 18, 2006. The complaint appears to state cognizable claims for relief for failure to provide for Plaintiff's protection and/or safety in violation of the Eighth Amendment against defendants Fresno County Sheriff Department and the classification staff at Fresno County Jail.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Fresno County Sheriff's Department and the Fresno County Jail.

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 18, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed August 18, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **July 22, 2008**           /s/ **Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE