# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FISCHER, | 1:06-cv-01087-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY |
| v. | (Doc. 14.) |
| FRESNO CO. SHERIFF DEPT., et al., | |
| Defendant. | |

Plaintiff William Fischer ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 18, 2006. (Doc. 1.) On May 22, 2008, plaintiff filed a motion for the court to compel defendants to produce documents in response to plaintiff's requests. (Doc. 14.)

Plaintiff is hereby advised that the time for discovery in this action has not commenced. The court shall establish a discovery schedule at a later date by issuing a scheduling order which shall be served upon all parties to this action.[1] Until then, plaintiff shall not pursue discovery in this action, and defendants may disregard any pending discovery requests which have been served upon them by plaintiff.

Based on the foregoing, IT IS HEREBY ORDERED THAT plaintiff's motion to compel discovery is DENIED.

IT IS SO ORDERED.

Dated:   **August 11, 2008**                      /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] On July 24, 2008, the court issued an order for plaintiff to complete service documents and return them to the court for service of process on defendants. (Doc. 16.) The court will issue a scheduling order establishing dates for discovery after a defendant has filed an answer to the complaint.

1