UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM W. FISCHER, | ) | 1:06-cv-01087-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO STAY |
| | ) | (Doc. 25.) |
| v. | ) | |
| | ) | ORDER REQUIRING PLAINTIFF TO |
| FRESNO COUNTY JAIL, et al., | ) | FILE OPPOSITION OR NOTICE OF |
| | ) | NON-OPPOSITION TO MOTION TO |
| | ) | DISMISS |
| Defendants. | ) | (Doc. 23.) |
| | ) | |
| | ) | THIRTY DAY DEADLINE |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2008, plaintiff filed a motion to stay this action until December 4, 2011, after he is released from custody. (Doc. 25.)

The court does not often stay litigation, due to the possibility of prejudice to defendants. Plaintiff states that he needs time to find counsel because he does not know how to litigate his case. Plaintiff also states that he is unable to afford a lawyer and the court denied his prior motion for the appointment of counsel. Even if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This court is faced with similar cases every day which are litigated by prisoners representing themselves. Therefore, plaintiff's motion for stay is hereby denied.

1

Now pending is a motion to dismiss this action filed by defendants on October 17, 2008. (Doc. 23.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m). Plaintiff must now file an opposition or a statement of non-opposition to defendants' motion to dismiss within thirty days, or the court shall recommend dismissal of this action.

Accordingly,  IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay this action is DENIED;
2. Within thirty days from the date of service of this order, plaintiff is required to file an opposition or a statement of non-opposition to the motion to dismiss filed by defendants on October 17, 2008; and
3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **November 18, 2008**                         /s/ **Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE

2