# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FISCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO;<br>FRESNO COUNTY JAIL;<br>FRESNO COUNTY SHERIFF'S<br>DEPARTMENT; and<br>OFFICER NEWELL,<br><br>    Defendants. | No. 1:06-CV-1087-CKJ<br><br>**ORDER FOR PAYMENT**<br>**OF INMATE FILING FEE** |

**TO: THE DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS**

Plaintiff William W. Fischer, inmate #T-49283, who is confined in the Avenal State Prison, Avenal, California, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $22.74. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Director of the California Department of Corrections or his or her designee must collect and forward these payments to the Clerk of the Court each time the amount in account exceeds $10.00.

**IT IS ORDERED:**

(1)  The Director of the California Department of Corrections or his or her designee **must forward** to the Clerk of the Court the initial partial filing fee of $22.74. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments

of 20% of the preceding month's income credited to the account. Payments must be forwarded to the Clerk of the Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) The Director of the California Department of Corrections or his or her designee **must notify** the Clerk of the Court in writing when Plaintiff is released or transferred to a correctional institution other than the California Department of Corrections, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of the Court must serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF).

(4) The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

(5) Within sixty (60) days of the date of service of this Order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the Complaint.

DATED this 24th day of November, 2009.

_____
Cindy K. Jorgenson
United States District Judge